UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: |
| *Defendant(s)* | ) | |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

     /s/ Paul Duffy
Signature

     Paul Duffy
Name

     161 N. Clark St., Suite 3200 Chicago IL
Address

     (312) 880-9160
Phone Number

     (312) 893-5677
Fax Number

     paduffy@wefightpiracy.com
E-Mail Address

Rev. 2/11