# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | | |
|---|---|---|---|
| Quad Int'l, Inc. | ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) | Case Number: | 12-1123-MJR/PMF |
| John Doe | ) | | |
| *Defendant(s)* | ) | | |

## NOTICE OF STRIKING
## <u>ELECTRONICALLY FILED DOCUMENTS</u>

DOCUMENT NUMBER: 3             DOCUMENT TITLE: Notice of Appearance

One of the following errors/deficiencies has been identified in the document listed above:

☒     Other: Document has not been saved properly prior to filing.
Although the Notice of Appearance form was filled out, the form must be saved before e-filing to ensure no further changes can be made to the document. When a document is properly saved there will be no boxes at the top of the form that read

| Save As | Reset Form | Print |
|---|---|---|

## ACTION TAKEN BY CLERK'S OFFICE

☒     For Information Only

## ACTION REQUIRED BY FILER

☒     Future form documents must be properly saved before filing or may be stricken.

NANCY J. ROSENSTENGEL, Clerk of Court

By:   *s/Brenda K. Lowe*
Deputy Clerk

DATE: 10/18/12